```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Charles Albert Risley
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>CHARLES ALBERT RISLEY,<br><br>        *Defendant.* | No. 1:12-cr-00363 AWI-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: March 11, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Charles Albert Risley, that the date for status conference in this matter may be continued to March 11, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is February 11, 2013. The requested new date is March 11, 2013.**

The government has provided a plea offer in this matter; however, Mr. Risley would like additional time to consider the offer before deciding how to proceed. In addition, counsel needs time to review the forensic evidence and possibly conduct other investigation in order to better apprise Mr. Risley of the merits of the offer

////

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 8, 2013                By */s/ David L. Gappa*
                                                        DAVID L. GAPPA
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

DATED: February 8, 2013                By */s/ Eric V. Kersten*
                                                          ERIC V. KERSTEN
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        Charles Albert Risley

## O R D E R

**DENIED.**

    IT IS SO ORDERED.

  **Dated:**   **February 8, 2013**                /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE