| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692<br>Acting Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>CHARLES ALBERT RISLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00363 AWI-BAM-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO ADVANCE STATUS<br>) CONFERENCE AND ORDER THEREON |
| v. | ) |
| | ) Date: March 11, 2013, 2013 |
| CHARLES ALBERT RISLEY, | ) Time: 1:00 p.m. |
| | ) Judge: Honorable Barbara A. McAuliffe |
| Defendant. | ) |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference in the above-entitled matter, now set for March 25, 2013, may be advanced to **March 11, 2013, at 1:00 p.m.**, or the soonest date thereafter that is convenient to the Court.

On February 11, 2013, this matter was continued to March 25, 2013 to allow additional time for Mr. Risley to consider the pending plea offer, and also to allow for additional defense investigation and preparation. At that time, the parties had intended to continue the matter to March 11, 2013, but it was inadvertently continued to March 25, 2013, a date when counsel is scheduled to be out of the office.

///

///

///

Based on the foregoing the parties request that the status conference be advanced and agree that advancing the hearing date will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED: February 15, 2013   By /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 15, 2013   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CHARLES ALBERT RISLEY

**ORDER**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **February 19, 2013**   **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE